Pilsen Coal Company, plaintiff in error, v. Sanitary District of Chicago, defendant in error. Gen. No. 25,841.
Assumpsit for the price of coal. Defendant claimed a set-off for failure to deliver coal. Judgment for defendant for the amount claimed in set-off less the sum due plaintiff. Error to the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. McSurely, J., specially concurring. Opinion filed November 7, 1921. Rehearing denied November 21, 1921.

Dent, Dobyns & Freeman, for plaintiff in error. C. Arch Williams and James S. Handy, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.